May 18, 1984.

476 A.2d 83

Boering, Appellants, v. Hench.

Submitted March 14, 1984. Gary D. Martz, for appellants; Robert R. Black, for appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.

476 A.2d 83

Baughman, et al. v. Defelice, et ux., Appellants.

Argued February 29, 1984. David L. Young, for appellants; John C. Dennison, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.